JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN E. BERTRAN,<br><br>            Petitioner,<br><br>   v.<br><br>UNITED STATES DISTRICT COURT,<br><br>            Respondent. | Case No. CV 19-10850-JAK (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 4, 2021.

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE